# EXHIBIT B

JUNE 2, 2019 EMAIL FROM PLAINTIFF KIMBERLY HARTMAN TO SUPERIORS REPORTING EMTALA VIOLATION

From: Kimberly Hartman <Kimberly.Hartman@centrahealth.com <mailto:Kimberly.Hartman@centrahealth.com> >
Date: June 2, 2019 at 12:48:25 EDT
To: Amelia Perry <Amelia.Perry@centrahealth.com <mailto:Amelia.Perry@centrahealth.com> >, Sylvia Gallagher <Sylvia.Gallagher@centrahealth.com <mailto:Sylvia.Gallagher@centrahealth.com> >, Stephanie East <Stephanie.East@centrahealth.com <mailto:Stephanie.East@centrahealth.com> >, Michael Judd <Michael.Judd@Centrahealth.com <mailto:Michael.Judd@Centrahealth.com> >
Subject: Re: Important admission denial situation


Sent from my iPhone

On Jun 2, 2019, at 12:45, Kimberly Hartman <Kimberly.Hartman@centrahealth.com <mailto:Kimberly.Hartman@centrahealth.com> > wrote:


Hi everyone, I need to summarize this important situation. Sylvia and I have discussed and meeting is being set up on Wednesday at 1 p.

It came to my attention this morning after reviewing the referral / denial report, that two children , ages 7 and 8, were denied due to " exclusionary criteria : autism from out of the area"

This immediately sent up a red flag. Why did we deny two littles with autism simply because they were out of the area ? We have multiple beds open.

I called Amelia and she informed me that Dr. Annapareddy had asked intake staff not to accept autism patients from out of area because it is too hard to find discharge appointments/accommodations  in their areas. I immediately discussed with Amelia that we are one of two private hospitals in the entire Commonwealth that serve this age group 10 and under. We cannot do this.

We cannot demy kids with autism based on being out of the area. This is a injustice to the children and frankly an EMTALA violation . We could face two 50,000 fines over this.

We currently have 4 autistic patients on the unit right now. This is absolutely not exclusionary criteria. We have autistic patients all the time.

I want to stress the fact that this not the fault of Amelia or any of the PES or intake staff. They are acting on this request from Dr. Annapareddy solely. The other psychiatrists have not asked for and are not doing this unacceptable practice.

In speaking with Dr. Steckler this morning, he informed me that Dr. Annapareddy has said to other MDs and staff that "patients from out of the area try to get in our unit so they can make a way into his autism clinic "
It is unbelievable to think parents with a child in crisis out of area would seek help of inpatient hospitalization to get to Dr. Annapareddy and his clinic.

I have set up a meeting for Wednesday at 1pm. Please make every effort to attend. In the meantime, intake will be calling me with all  out of the area autism cases to ensure no more inappropriate denials. We stand to have a major emtala violation risk with this and worse, kids not getting the mental health care they need.

See you on Wednesday. Have a great Sunday.

Kim


Sent from my iPhone