# EXHIBIT C

## TEXT MESSAGES BETWEEN PLAINTIFF KIMBERLY HARTMAN AND DEFENDANT STEPHANIE EAST

