# EXHIBIT D

JUNE 6, 2019 EMAIL FROM CENTRA HUMAN RESOURCES DIRECTOR SHANNON MEADOWS NOTIFYING PLAINTIFF KIMBERLY HARTMAN THAT HER EMPLOYMENT WAS TERMINATED

**From:** Shannon Meadows <Shannon.Meadows@Centrahealth.com>
**Sent:** Thursday, June 6, 2019 4:58 PM
**To:** Kim Hartman <jasonkim2427@outlook.com>
**Subject:** Employment and Next Steps

Kim,

At this point, we believe it is in everyone's interests to end our working relationship.  Therefore, your employment with Centra is terminated as of today, June 6, 2019.  Any follow-up questions regarding your separation of employment should come to me and HR.  A COBRA letter will be sent by separate cover by Discovery Benefits.  As you are no longer an employee, we will need all company property back immediately.  This includes your unit keys, patient records and information, Centra policies and procedures, and even the emails you have asserted you printed along with all others.   We will send a courier to your home to drop off your belongings and to retrieve our property before 7 PM tonight. Please let us know immediately if this timeframe will not work.

While you are no longer welcome in non-public areas as a non-employee, you and your family are always welcome to receive patient services as appropriate from Centra's providers.

Further, thanks for all your concerns regarding potential EMTALA violations.  As we have discussed before, if you have any additional ethical or EMTALA concerns, please provide those to me or by way of our hotline and we will investigate them as we have all other complaints by you or anyone.  I would hope that, as a manager, you would have addressed these issues appropriately through discipline, corrective action, and policy changes as they arose, so it is my hope that we are in a position to address any additional concerns at the quickest level possible.

Regardless, Centra certainly appreciated your dedication and passion to your position over the years.  That said, if you wish to reduce your demand to something reasonable, we may reconsider our position.  Please follow up with me regarding the same.

We wish you the best in your endeavors.


Shannon


**Shannon Meadows**
Director, Human Resources

**Centra**
Human Resources
Centra Support Building
1920 Atherholt Road, Lynchburg, VA 24501
**P** 434.200.5218     **M** 434.401.6477    **F** 434.200.7410

centrahealth.com  |  shannon.meadows@centrahealth.com

Follow us at:
Facebook  |  Instagram  |  Pinterest
YouTube  |  Linkedin  |  Twitter



Centra Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from

Case 6:20-cv-00027-NKM   Document 1-4   Filed 04/28/20   Page 3 of 3   Pageid#: 40

retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.