# EXHIBIT F

## JUNE 12, 2019 LETTER FROM CENTRA HUMAN RESOURCES DIRECTOR SHANNON MEADOWS TO PLAINTIFF KIMBERLY HARTMAN



1920 Atherholt Road
Lynchburg, Virginia 24501

PHONE: 434.200.6131
FAX: 434.200.2921
WEB: centrahealth.com

June 12, 2019

Kim,

Thank you for making us aware of your concerns in recent days; we are documenting all the concerns you have raised and will thoroughly investigate each one. At this time, we will not consider a separation agreement or settlement with you. Since your departure on June 5, 2019, we have become aware of several violations of Centra policy, which have resulted in monies being owed by you to Centra. Those monies will be withheld from your final payment, and include:

- $599.99 – the cost to replace a new iPhone 8, which had been intentionally destroyed and could not be repaired
- $207.41 - The balance of your computer loan
- Multiple personal charges made with your Centra purchasing card, including:
    - $250.00 – Amtrak tickets purchased on 5/5/19
    - $123.85 – Lunch for nurses' week (not approved)
    - $50.00 – Gift card to RA Bistro
    - $51.97 – The balance of charges made to Cinch insurance, for your personal malpractice insurance for DNP school.
- These items are in addition to your Health, dental, vision, 403b loans, Bankruptcy garnishment, Centra Plastic Surgery purchase, and other quick-charge purchases owed to Centra.

Our investigation into other unapproved purchases and your behaviors is ongoing, and Centra reserves the right to seek payment in the future for any monies owed us but not listed here.

I wish you the best in your future endeavors.

Sincerely,

*[signature]*

Shannon L. Meadows, PHR
Director, Human Resources