# EXHIBIT G

## DECEMBER 31, 2019 LETTER FROM CENTRA DIRECTOR OF SECURITY NATHAN CAMPBELL TO PLAINTIFF KIMBERLY HARTMAN



1901 Tate Springs Road
Lynchburg, Virginia 24501

PHONE: 434.200.3000
WEB: www.centrahealth.com

December 31, 2019

Kim Hartman
203 Manor Drive
Forest, VA  24551

VIA US MAIL and EMAIL to *jasonkim2427@outlook.com*

**RE: Ban from Centra Health Premises**

Ms. Kim Hartman

On numerous occasions in recent months you have demonstrated aggressive and threatening behavior towards various staff members which has impeded patient care. You also recorded interactions with staff while on Centra property, which as you know is a direct violation of Centra policy. This behavior is not acceptable and will not be tolerated.

This letter serves as notification that you are no longer welcome on any Centra Health property unless you or an immediate member of your family requires emergency medical treatment at a designated Emergency Department. Any other appearance by you at any Centra facility will be considered a trespass; the local Police Department will be notified, and you may be arrested.

If you have any questions, please contact me at 434.200.1098.

Respectfully,

Nathan Campbell
Director Security


Cc:   Lynchburg Police Department
      Paul Valois

