UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KIMBERLY HARTMAN, <br><br> Plaintiff, <br><br> v. <br><br> CENTRA HEALTH, INC. et al., <br><br> Defendant. | Case No.: 6:20CV00027 (NKM) |

**DEFENDANT WESLEY GILLESPIE'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Wesley Gillespie (hereinafter "Defendant" or "Mr. Gillespie") moves the Court to dismiss with prejudice the Complaint filed against him (Dkt. 1) by Plaintiff Kimberly Hartman ("Plaintiff"). As set forth in Defendant's Memorandum in Support of his Motion to Dismiss, Plaintiff's Complaint as to Defendant fails to state a claim on which relief can be granted and should be dismissed with prejudice.

WHEREFORE, Defendant Wesley Gillespie respectfully requests that this Court enter an order granting his motion and dismissing with prejudice in its entirety the Complaint against him, and such additional and further relief as the Court deems just and proper.

Dated: July 14, 2020                    **WESLEY GILLESPIE**
                                        By counsel:

                                        /s/ Eric P. Burns
                                        Eric P. Burns, VSB #76554
                                        WILSON ELSER MOSKOWITZ
                                        EDELMAN & DICKER, LLP

          8444 Westpark Drive, Suite 510
          McLean, Virginia 22102
          (703) 245-9300
          (703) 245-9301 (Fax)
          eric.burns@wilsonelser.com
          *Counsel for Defendant Wesley Gillespie*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 14, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Eric P. Burns
Eric P. Burns, VSB #76554
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (Fax)
eric.burns@wilsonelser.com
*Counsel for Defendant Wesley Gillespie*
