# Lynchburg General District Court

 

## Traffic/Criminal Case Details

Lynchburg General District

- Name Search
- Case Number Search
- Hearing Date Search
- Service/Process Search

- Name Search
- Case Number Search
- Hearing Date Search
- Service/Process Search

### Case/Defendant Information

| Case Number : | GC19011022-00 | Filed Date : | 11/20/2019 | Locality : | COMMONWEALTH OF VA |
|---|---|---|---|---|---|
| Name : | GILLESPIE, WESLEY | Status : | Released On Summons | Defense Attorney : | |
| Address : | FOREST, VA 24551 | AKA1 : | | AKA2 : | |
| Gender : | Male | Race : | White | DOB : | |

### Charge Information

| Charge : | ABUSIVE LANGUAGE TO ANOTHER | | |
|---|---|---|---|
| Code Section : | 18.2-416 | Case Type : | Misdemeanor | Class : | 3 |
| Offense Date : | 11/16/2019 | Arrest Date : | | Complainant : | HARTMAN, JASON DEAN |
| Amended Charge : | | Amended Code : | | Amended Case Type : | |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 12/09/2019 | 09:00 AM | Finalized | | | A | |

### Service/Process

### Disposition Information

| Final Disposition : | Dismissed | | |
|---|---|---|---|
| Sentence Time : | 00Months 000Days 00Hours | Sentence Suspended Time : | 00Months 000Days 00Hours |
| Probation Type : | | Probation Time : | 00Years 00Months 000Days | Probation Starts : | |
| Operator License Suspension Time : | 00Years 00Months 000Days | Restriction Effective Date : | | | |
| Operator License Restriction Codes : | | | | | |
| Fine : | | Costs : | | Fine/Costs Due : | |
| Fine/Costs Paid : | | Fine/Costs Paid Date : | | VASAP : | |

Back to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms |

Judicial Branch Agencies | Programs

Build #: 6.1.1.4