# Lynchburg General District Court

 

## Traffic/Criminal Case Details

### Case/Defendant Information

| | | |
|---|---|---|
| **Case Number :** GC19011023-00 | **Filed Date :** 11/20/2019 | **Locality :** COMMONWEALTH OF VA |
| **Name :** GILLESPIE, WESLEY | **Status :** Released On Summons | **Defense Attorney :** |
| **Address :** FOREST, VA 24551 | **AKA1 :** | **AKA2 :** |
| **Gender :** Male | **Race :** White | **DOB :** |

Lynchburg General District ▼

Name Search
Case Number Search
Hearing Date Search
Service/Process Search


Name Search
Case Number Search
Hearing Date Search
Service/Process Search

### Charge Information

| **Charge :** ABUSIVE LANGUAGE TO ANOTHER | | |
|---|---|---|
| **Code Section :** 18.2-416 | **Case Type :** Misdemeanor | **Class :** 3 |
| **Offense Date :** 11/16/2019 | **Arrest Date :** | **Complainant :** HARTMAN, KIMBERLY DAWN |
| **Amended Charge :** | **Amended Code :** | **Amended Case Type :** |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 12/09/2019 | 09:00 AM | Finalized | | | A | |

### Service/Process

### Disposition Information

| **Final Disposition :** Dismissed | |
|---|---|
| **Sentence Time :** 00Months 000Days 00Hours | **Sentence Suspended Time :** 00Months 000Days 00Hours |
| **Probation Type :** | **Probation Time :** 00Years 00Months 000Days | **Probation Starts :** |
| **Operator License Suspension Time :** 00Years 00Months 000Days | **Restriction Effective Date :** | |
| **Operator License Restriction Codes :** | | |
| **Fine :** | **Costs :** | **Fine/Costs Due :** |
| **Fine/Costs Paid :** | **Fine/Costs Paid Date :** | **VASAP :** |

Back to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms |

Judicial Branch Agencies | Programs

Build #: 6.1.1.4