# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| **KIMBERLY HARTMAN** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **CENTRA HEALTH, INC.,** | ) |
| and | )  Case No.: 6:20CV00027 |
| **STEPHANIE EAST,** | ) |
| **NATHAN CAMPBELL and** | ) |
| **WESLEY GILLESPIE,** | ) |
| **Defendants.** | ) |

### DEFENDANTS CENTRA HEALTH, INC., NATHAN CAMPBELL, AND STEPHANIE EAST'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Centra Health Inc., Stephanie East, and Nathan Campbell (collectively "the Centra Defendants") move the Court to dismiss with prejudice the Complaint (ECF No. 1) filed by Plaintiff Kimberly Hartman. As set forth in the Centra Defendants' Memorandum in Support of this Motion to Dismiss, Plaintiff's Complaint fails to state a claim on which relief can be granted and should be dismissed with prejudice.

The Centra Defendants respectfully request that the Court: (1) dismiss Plaintiff's Complaint (Counts 1-6) with prejudice; and (2) award Centra its attorneys' fees, costs and expenses incurred as permitted by law, and any such additional and further relief as the Court deems just and proper.

2

Dated:  July 14, 2020          Respectfully submitted,
                               CENTRA HEALTH INC, STEPHANIE EAST, AND NATHAN
                               CAMPBELL

                                                By:  /s/ J. Walton Milam III
                                                        Of Counsel

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following counsel of record:

M. Paul Valois, Esq.
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
Phone: 434-845-4529
Fax:    434-845-8536
mvalois@vbclegal.com

*Counsel for Plaintiff Kimberly Hartman*

Eric P. Burns, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (Fax)
eric.burns@wilsonelser.com

*Counsel for Defendant Wesley Gillespie*

                                                          /s/ J. Walton Milam III    .