# Exhibit B

## Denise Daly Konrad

**From:** Denise Daly Konrad
**Sent:** Thursday, June 27, 2019 1:23 PM
**To:** Stephanie East
**Subject:** RE: NP scholarship - Kim Hartman

Hi, Stephanie —

Just chatted with Kim Hartman about her scholarship application. She indicated that she is no longer at Centra, however, she said that she resigned because her position required more hours than she could work while pursuing her PMHNP.

I was surprised, given our conversation, and let her know that I had received different information from Centra about why she was no longer in her position. Just wanted to give you aheads up that you may be hearing from Kim.

I tried to call, but wasn't able to reach you via phone. I am off Friday and most of Monday, so decided to email you so as to not delay sharing this information.

Feel free to email me or call me at 804.513.0487.

Thanks...ddk


**From:** Stephanie East [mailto:Stephanie.East@centrahealth.com]
**Sent:** Monday, June 10, 2019 11:43 AM
**To:** Denise Daly Konrad <dkonrad@vhcf.org>
**Subject:** NP scholarship - Kim Hartman

Hello,

I completed this on 5/31 but this nurse is no longer with our organization. Wasn't sure if you needed an update before distributing scholarship funds.

**Stephanie East, DNP, NEA-BC, RN-BC**
Vice President of Behavioral Health

**Centra**
Executive Administration
Virginia Baptist Hospital
3300 Rivermont Avenue, Lynchburg, VA 24503
P 434.200.6042   M 434.420.0781

centrahealth.com | stephanie.east@centrahealth.com

Follow us at:
Facebook | Instagram | Pinterest
YouTube | Linkedin | Twitter

1