CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/13/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **KIMBERLY HARTMAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 6:20-cv-00027-NKM |
| **CENTRA HEALTH, INC., et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Centra Health, Inc., by counsel, made an oral motion to compel Plaintiff to return a laptop and iPad which is the property of Centra. Because the Parties agree that the materials are owned by Centra and should not be accessed by Plaintiff or her counsel, Plaintiff through her counsel shall return the laptop and iPad to counsel for Centra within 14 days of the date of this order. At no time shall Plaintiff or her counsel attempt to access the laptop or the iPad, or attempt to retrieve any information imaged or copied from such devices without leave of Court.

It is SO ORDERED.

Enter: April 13, 2021

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge