Western District of Virginia - LIVE                                      Page 1 of 6
Case 6:20-cv-00027-NKM-RSB   Document 70-5   Filed 09/07/21   Page 1 of 6   Pageid#: 641
CLOSED, RepeatPACER, PlnCnfrmd, DISMISSED, 13FR

# U.S. Bankruptcy Court
## Western District of Virginia (Roanoke)
### Bankruptcy Petition #: 14-71050

| | |
|---|---|
| *Assigned to:* Judge Paul M. Black | *Date filed:* 07/29/2014 |
| Chapter 13 | *Date terminated:* 01/15/2016 |
| Voluntary | *Debtor dismissed:* 10/19/2015 |
| Asset | *Joint debtor dismissed:* 10/19/2015 |
| | *Plan confirmed:* 07/13/2015 |
| | *341 meeting:* 08/26/2014 |

*Debtor disposition:* Dismissed for Failure to Make Plan Payments
*Joint debtor disposition:* Dismissed for Failure to Make Plan Payments

**Debtor**
**Jason Dean Hartman**
1078 Fancy Farm Road
Bedford, VA 24523
ROANOKE (CITY)-VA
SSN / ITIN: xxx-xx-1541

represented by **Phillip Edward Brown**
P O BOX 12265
ROANOKE, VA 24024
540 343-7690
Fax : 540-343-6880
Email: attorneybrown@cox.net

**Joint Debtor**
**Kimberly Dawn Hartman**
1078 Fancy Farm Road
Bedford, VA 24523
ROANOKE (CITY)-VA
SSN / ITIN: xxx-xx-4333

represented by **Phillip Edward Brown**
(See above for address)

**Trustee**
**Christopher T. Micale (393585)**
15 Salem Ave SE Ste 300
Roanoke, VA 24011-1419
(540) 342-3774

represented by **Christopher T. Micale (393585)**
P. O. Box 1001
Roanoke, VA 24005
(540) 342-3774
Email: chapter13_trustee@ch13wdva.com

**U.S. Trustee**
**USTrustee**
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011
(540) 857-2806

| Filing Date | # | Docket Text |
|---|---|---|
| 07/29/2014 | 1 (10 pgs) | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman Incomplete Filings Due by 08/12/2014. (Brown, Phillip) (Entered: 07/29/2014) |
| 07/29/2014 | 2 | Statement of Social Security Number. This document contains sensitive information and cannot be viewed by the public. Filed by Phillip Edward Brown |

| | | |
|---|---|---|
| | | on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Brown, Phillip) (Entered: 07/29/2014) |
| 07/29/2014 | 3 | Receipt of Voluntary Petition (Chapter 13)(14-71050) [misc,volp13] ( 310.00) Filing Fee. Receipt number 5633218. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 07/29/2014) |
| 07/29/2014 | 4 (2 pgs) | Certificate of Credit Counseling Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Brown, Phillip) (Entered: 07/29/2014) |
| 07/29/2014 | 5 | Meeting of Creditors with 341(a) meeting to be held on 08/26/2014 at 10:00 AM at cr mtg, ROA, First Campbell Square, Rm 120, 210 First Street, S.W., Roanoke, VA 24011. Objections for Discharge due by 10/27/2014. Proof of Claim due by 11/24/2014. (admin, ) (Entered: 07/29/2014) |
| 07/30/2014 | 6 | Confirmation Hearing Confirmation hearing to be held on 9/22/2014 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. Government Proof of Claim due by 1/26/2015. (Lee, Sabrina) (Entered: 07/30/2014) |
| 07/30/2014 | 7 (1 pg) | Order of Deficiency Schedules Due Signed on 7/30/2014. Atty Disclosure Statement due 8/12/2014. Chapter 13 Monthly and Disposable Income Form 22C Due 8/12/2014 Schedules A-J due 8/12/2014.Statistical Summary of Liabilities due 8/12/2014. Statement of Financial Affairs due 8/12/2014. Summary of Schedules due 8/12/2014. Chapter 13 Plan due by 8/12/2014. (Lee, Sabrina) (Entered: 07/30/2014) |
| 08/01/2014 | 8 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 6 Confirmation Hearing) No. of Notices: 17. Notice Date 08/01/2014. (Admin.) (Entered: 08/02/2014) |
| 08/01/2014 | 9 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s)7 Order of Deficiency Schedules Due) No. of Notices: 1. Notice Date 08/01/2014. (Admin.) (Entered: 08/02/2014) |
| 08/12/2014 | 10 (39 pgs) | Balance of Schedules Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Brown, Phillip) (Entered: 08/12/2014) |
| 08/12/2014 | 11 (5 pgs) | Chapter 13 Plan Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Brown, Phillip) (Entered: 08/12/2014) |
| 08/14/2014 | 12 (1 pg) | Creditor Request for Notices *Filed on Behalf of Capital One Auto Finance*. (Garza, Marian) (Entered: 08/14/2014) |
| 08/18/2014 | 13 (7 pgs) | Certificate of Mailing Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman (RE: related document(s)11 Chapter 13 Plan). (Brown, Phillip) (Entered: 08/18/2014) |
| 08/26/2014 | 14 | Meeting of Creditors Held (Micale (393585), Christopher) (Entered: 08/26/2014) |
| 09/04/2014 | 15 (3 pgs) | Trustee's 341 Report and Show Cause *and Motion to Dismiss*. Hearing scheduled 9/22/2014 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Micale (393585), Christopher) (Entered: 09/04/2014) |
| 09/05/2014 | | |

| | | |
|---|---|---|
| | 16<br>(8 pgs; 3 docs) | Objection to Confirmation of Plan Filed by Donna Schewel Clark on behalf of Schewel Furniture Co, Inc (RE: related document(s)11 Chapter 13 Plan Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman.). Confirmation hearing to be held on 9/22/2014 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Attachments: # 1 Exhibit # 2 Exhibit)(Clark, Donna) (Entered: 09/05/2014) |
| 09/05/2014 | 17<br>(2 pgs) | Notice of Hearing Filed by Donna Schewel Clark on behalf of Schewel Furniture Co, Inc (RE: related document(s)16 Objection to Confirmation of the Plan). Hearing scheduled 9/22/2014 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Clark, Donna) (Entered: 09/05/2014) |
| 09/18/2014 | 18<br>(2 pgs) | Affidavit of Compliance with Standing Order #10 Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Brown, Phillip) (Entered: 09/18/2014) |
| 09/18/2014 | 19<br>(1 pg) | Notice of Change of Address Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Brown, Phillip) (Entered: 09/18/2014) |
| 09/18/2014 | 20<br>(6 pgs) | Amendment to Creditor Matrix. Fee Amount $30 Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Brown, Phillip) (Entered: 09/18/2014) |
| 09/18/2014 | 21 | Receipt of Amendment to Creditor Matrix (Fee)(14-71050) [misc,amdcm] ( 30.00) Filing Fee. Receipt number 5692189. Fee amount 30.00. (re: Doc# 20) (U.S. Treasury) (Entered: 09/18/2014) |
| 09/22/2014 | 22 | Hearing Held - Hearing Continued (RE: related document(s)11 Chapter 13 Plan filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman, 15 Trustee's 341 Report and Show Cause, 16 Objection to Confirmation of the Plan filed by Creditor Schewel Furniture Co, Inc) No order necessary. Hearing scheduled 11/10/2014 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Adams, Marleca) (Entered: 09/22/2014) |
| 10/28/2014 | 23<br>(2 pgs) | Special Notice to Secured Creditors --*Ascension Capital for Capital One Auto Finance* Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Brown, Phillip) (Entered: 10/28/2014) |
| 11/07/2014 | 24<br>(1 pg) | Certificate of Mailing Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman (RE: related document(s)23 Special Notice to Secured Creditors). (Brown, Phillip) (Entered: 11/07/2014) |
| 11/10/2014 | 25 | Hearing Held - Hearing Continued (RE: related document(s)11 Chapter 13 Plan filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman, 15 Trustee's 341 Report and Show Cause, 16 Objection to Confirmation of the Plan filed by Creditor Schewel Furniture Co, Inc) Hearing scheduled 12/8/2014 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. No order necessary. (Maddox, Lisa) (Entered: 11/10/2014) |
| 12/08/2014 | 26 | Hearing Held - Hearing Continued (RE: related document(s)11 Chapter 13 Plan filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman, 15 Trustee's 341 Report and Show Cause, 16 Objection to Confirmation of the Plan filed by Creditor Schewel Furniture Co, Inc) Continued with condition that debtors appear and show cause. Plan may be confirmed prior to continued hearing date. Order to be Tendered by Brown Due by 12/18/2014.Hearing scheduled 1/26/2015 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Adams, Marleca) (Entered: 12/08/2014) |

| Date | Doc # | Description |
|---|---|---|
| 12/12/2014 | 27 (2 pgs) | Order Continuing Hearing with condition debtors be current or appear and show cause Signed on 12/12/2014 (RE: related document(s)11 Chapter 13 Plan filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman, 15 Trustee's 341 Report and Show Cause, 16 Objection to Confirmation of the Plan filed by Creditor Schewel Furniture Co, Inc). Hearing scheduled 1/26/2015 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. To Brown for service. (Lee, Sabrina) (Entered: 12/12/2014) |
| 12/12/2014 | 28 (3 pgs) | Certificate of Mailing Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman (RE: related document(s)27 Order Continuing Hearing). (Brown, Phillip) (Entered: 12/12/2014) |
| 01/26/2015 | 29 | Hearing Held - Plan Confirmed (RE: related document(s)11 Chapter 13 Plan filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman, 15 Trustee's 341 Report and Show Cause, 16 Objection to Confirmation of the Plan filed by Creditor Schewel Furniture Co, Inc) Plan confirmed with special language. Order to be Tendered by Micale Due by 2/5/2015. (Adams, Marleca) (Entered: 01/26/2015) |
| 01/29/2015 | 30 (1 pg) | Order Confirming Plan Signed on 1/29/2015 (RE: related document(s)11 Chapter 13 Plan filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman). (Lee, Sabrina) (Entered: 01/29/2015) |
| 01/31/2015 | 31 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s)30 Order Confirming Plan) No. of Notices: 34. Notice Date 01/31/2015. (Admin.) (Entered: 02/01/2015) |
| 03/20/2015 | 32 (2 pgs) | Trustee's Motion to Dismiss Case *(post-confirmation)*. Hearing scheduled 4/20/2015 at 11:00 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Micale (393585), Christopher) (Entered: 03/20/2015) |
| 04/20/2015 | 33 | Hearing Held - Hearing Continued (RE: related document(s)32 Trustee's Motion to Dismiss Case) No order necessary. Hearing scheduled 5/11/2015 at 11:00 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Adams, Marleca) (Entered: 04/20/2015) |
| 05/11/2015 | 34 | Hearing Held - Resolved (RE: related document(s)32 Trustee's Motion to Dismiss Case) Motion resolved by allowing debtors until 5/26/2015 to file amended chapter 13 plan. Motion to be continued to date set for amended plan. Order to be Tendered by Brown Due by 5/21/2015.Pleading or Amended Pleading due by 5/26/2015. (Adams, Marleca) (Entered: 05/11/2015) |
| 05/18/2015 | 35 (1 pg) | Order Resolving Trustee's Motion To Dismiss Case (Related Doc # 32) Signed on 5/18/2015. (Lee, Sabrina) (Entered: 05/18/2015) |
| 05/19/2015 | 36 (2 pgs) | Certificate of Mailing Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman (RE: related document(s)35 Order on Trustee's Motion to Dismiss Case (batch)). (Brown, Phillip) (Entered: 05/19/2015) |
| 05/26/2015 | 37 (5 pgs) | Amended Chapter 13 Plan Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Brown, Phillip) (Entered: 05/26/2015) |
| 05/27/2015 | 38 (2 pgs; 2 docs) | Order and Notice on Amended Plan Signed on 5/27/2015 (RE: related document(s)37 Amended Chapter 13 Plan filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman). Hearing scheduled 7/6/2015 at 09:30 AM at |

| | | |
|---|---|---|
| | | Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Matherly, Leisa) (Entered: 05/27/2015) |
| 05/29/2015 | 39 (8 pgs) | Certificate of Mailing Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman (RE: related document(s)38 Order and Notice on Amended Plan). (Brown, Phillip) (Entered: 05/29/2015) |
| 06/15/2015 | 40 (2 pgs) | Objection to Confirmation of Plan *and Notice of Motion to Dismiss* Filed by Christopher T. Micale (393585) on behalf of Christopher T. Micale (393585) (RE: related document(s)37 Amended Chapter 13 Plan Filed by Phillip Edward Brown on behalf of Jason Dean Hartman, Kimberly Dawn Hartman.). Confirmation hearing to be held on 7/6/2015 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Micale (393585), Christopher) (Entered: 06/15/2015) |
| 07/06/2015 | 41 | Hearing Held - Plan Confirmed (RE: related document(s)32 Trustee's Motion to Dismiss Case, 37 Amended Chapter 13 Plan filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman, 40 Objection to Confirmation of the Plan filed by Trustee Christopher T. Micale (393585)) Confirmed with special language. Order to be Tendered by Trustee, Due by 7/16/2015. (Martin, Julie) (Entered: 07/06/2015) |
| 07/13/2015 | 42 (1 pg) | Order Confirming Plan and Withdrawing Trustee Motion Signed on 7/13/2015 (RE: related document(s)32 Trustee's Motion to Dismiss Case, 37 Amended Chapter 13 Plan filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman, 40 Objection to Confirmation of the Plan filed by Trustee Christopher T. Micale (393585)). (Lee, Sabrina) (Entered: 07/13/2015) |
| 07/15/2015 | 43 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s)42 Order Confirming Plan) No. of Notices: 33. Notice Date 07/15/2015. (Admin.) (Entered: 07/16/2015) |
| 09/22/2015 | 44 (2 pgs) | Trustee's Motion to Dismiss Case *(post confirmation)*. Hearing scheduled 10/19/2015 at 11:00 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Micale (393585), Christopher) (Entered: 09/22/2015) |
| 10/19/2015 | 45 | Hearing Held - (RE: related document(s)44 Trustee's Motion to Dismiss Case) Motion granted. Court to enter standard dismissal order. (Adams, Marleca) (Entered: 10/19/2015) |
| 10/19/2015 | 46 | Order Dismissing Case Both Debtors Signed on 10/19/2015 (RE: related document(s)44 Trustee's Motion to Dismiss Case). (Adams, Marleca) (Entered: 10/19/2015) |
| 10/21/2015 | 47 (3 pgs) | BNC Certificate of Mailing - Order Dismissing Case. (RE: related document(s) 46 Order Dismissing Case) No. of Notices: 30. Notice Date 10/21/2015. (Admin.) (Entered: 10/22/2015) |
| 12/15/2015 | 48 (5 pgs) | Chapter 13 Trustee's Final Report and Account . Case to Be Closed if Applicable 01/14/2016. (Micale (393585), Christopher) (Entered: 12/15/2015) |
| 01/15/2016 | 49 | Bankruptcy Case Closed (Lee, Sabrina) (Entered: 01/15/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/07/2021 19:08:12 | | | |
| **PACER Login:** | JoshLong | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 14-71050 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |