RepeatPACER, DISMISSED, 13FR, CLOSED

## U.S. Bankruptcy Court
## Western District of Virginia (Lynchburg)
## Bankruptcy Petition #: 16-60345

*Assigned to:* Judge Rebecca B. Connelly
Chapter 13
Voluntary
Asset

*Date filed:* 02/25/2016
*Date terminated:* 07/14/2016
*Debtor dismissed:* 04/29/2016
*Joint debtor dismissed:* 04/29/2016
*341 meeting:* 03/29/2016

*Debtor disposition:* Dismissed for Other Reason
*Joint debtor disposition:* Dismissed for Other Reason

**Debtor**
**Jason Dean Hartman**
203 Manor Drive
Forest, VA 24551
BEDFORD-VA
SSN / ITIN: xxx-xx-1541

represented by **T Henry Clarke, IV**
311 W MAIN ST
BEDFORD, VA 24523
540 587-9299
Email: ivlaw.clarke@verizon.net

**Joint Debtor**
**Kimberly Dawn Hartman**
203 Manor Drive
Forest, VA 24551
BEDFORD-VA
SSN / ITIN: xxx-xx-4333

represented by **T Henry Clarke, IV**
(See above for address)

**Trustee**
**Herbert L Beskin(82)**
Chapter 13 Trusteeship
123 East Main St., Ste. 310
Charlottesville, VA 22902
434-817-9913

**U.S. Trustee**
**USTrustee**
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011
(540) 857-2806

| Filing Date | # | Docket Text |
|---|---|---|
| 02/25/2016 | [1](#) (81 pgs) | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by T Henry Clarke IV on behalf of Jason Dean Hartman, Kimberly Dawn Hartman (Clarke, T) (Entered: 02/25/2016) |
| 02/25/2016 | [2](#) (16 pgs) | Chapter 13 Plan Filed by T Henry Clarke IV on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Clarke, T) (Entered: 02/25/2016) |

| | | |
|---|---|---|
| 02/25/2016 | 3 | Statement of Social Security Number. This document contains sensitive information and cannot be viewed by the public. Filed by T Henry Clarke IV on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Clarke, T) (Entered: 02/25/2016) |
| 02/25/2016 | 4 | Receipt of Voluntary Petition (Chapter 13)(16-60345) [misc,volp13] ( 310.00) Filing Fee. Receipt number 6250698. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 02/25/2016) |
| 02/25/2016 | 5 (2 pgs) | Certificate of Credit Counseling Filed by T Henry Clarke IV on behalf of Jason Dean Hartman, Kimberly Dawn Hartman. (Clarke, T) (Entered: 02/25/2016) |
| 02/25/2016 | 6 (1 pg) | Motion to Quash Filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman (Clarke, T) (Entered: 02/25/2016) |
| 02/25/2016 | 7 | Meeting of Creditors with 341(a) meeting to be held on 03/29/2016 at 02:00 PM at cr mtg, LYN, US Courthouse, Rm 210, 1101 Court St., Lynchburg, VA 24504. Confirmation hearing to be held on 04/28/2016 at 09:30 AM at Lynchburg, US Courthouse, Room 210, 1101 Court St., Lynchburg, VA 24504. Objections for Discharge due by 05/31/2016. Proof of Claim due by 06/27/2016. Government Proof of Claim due by 08/23/2016. (admin, ) (Entered: 02/25/2016) |
| 02/26/2016 | 8 | Order Granting Motion To Quash (Related Doc # 6) Signed on 2/26/2016. (Maddox, Lisa) (Entered: 02/26/2016) |
| 02/27/2016 | 9 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 7 Meeting (AutoAssign Chapter 13)) No. of Notices: 34. Notice Date 02/27/2016. (Admin.) (Entered: 02/28/2016) |
| 02/28/2016 | 10 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 8 Order on Motion To Quash) No. of Notices: 4. Notice Date 02/28/2016. (Admin.) (Entered: 02/29/2016) |
| 03/07/2016 | 11 (1 pg) | Order for Debtor to Pay Direct to Trustee Signed on 3/7/2016. (Maddox, Lisa) (Entered: 03/07/2016) |
| 03/09/2016 | 12 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s)11 Order for Debtor to Pay Direct to Trustee) No. of Notices: 1. Notice Date 03/09/2016. (Admin.) (Entered: 03/10/2016) |
| 03/22/2016 | 13 (5 pgs; 2 docs) | Objection to Confirmation of Plan *and Notice* Filed by Sara A. John on behalf of Capital One Auto Finance (RE: related document(s)2 Chapter 13 Plan Filed by T Henry Clarke IV on behalf of Jason Dean Hartman, Kimberly Dawn Hartman.). Confirmation hearing to be held on 4/28/2016 at 09:30 AM at Lynchburg, US Courthouse, Room 210, 1101 Court St., Lynchburg, VA 24504. (Attachments: # 1 Exhibit NADA)(John, Sara) (Entered: 03/22/2016) |
| 03/30/2016 | 14 (3 pgs) | Trustee's 341 Report and Show Cause *and Certificate of Mailing* Herbert L Beskin(82). Hearing scheduled 4/28/2016 at 09:30 AM at Lynchburg, US Courthouse, Room 210, 1101 Court St., Lynchburg, VA 24504. (Beskin (5), Herbert) (Entered: 03/30/2016) |
| 03/30/2016 | 15 | Meeting of Creditors Continued Herbert L Beskin(82). Section 341(a) meeting to be continued to 4/19/2016 at 09:30 AM at cr mtg, LYN, US Courthouse, Rm 210, 1101 Court St., Lynchburg, VA 24504. (Beskin (5), Herbert) (Entered: 03/30/2016) |
| 04/20/2016 | | |

| | | |
|---|---|---|
| | [16](#) (3 pgs) | Supplemental Trustee's 341 Report and Show Cause *and Certificate of Mailing* Herbert L Beskin(82). Hearing scheduled 4/28/2016 at 09:30 AM at Lynchburg, US Courthouse, Room 210, 1101 Court St., Lynchburg, VA 24504. (Beskin (5), Herbert) (Entered: 04/20/2016) |
| 04/20/2016 | 17 | Meeting of Creditors Continued Herbert L Beskin(82). Section 341(a) meeting to be continued to 5/10/2016 at 09:30 AM at cr mtg, LYN, US Courthouse, Rm 210, 1101 Court St., Lynchburg, VA 24504. (Beskin (5), Herbert) (Entered: 04/20/2016) |
| 04/28/2016 | 18 | Hearing Held - Dismissed (RE: related document(s)2 Chapter 13 Plan filed by Debtor Jason Dean Hartman, Joint Debtor Kimberly Dawn Hartman, 13 Objection to Confirmation of the Plan filed by Creditor Capital One Auto Finance, 16 Trustee's 341 Report and Show Cause filed by Trustee Herbert L Beskin(82)) (Maddox, Lisa) (Entered: 04/29/2016) |
| 04/29/2016 | 19 | Order Dismissing Case Both Debtors Signed on 4/29/2016 (RE: related document(s)13 Objection to Confirmation of the Plan filed by Creditor Capital One Auto Finance, 16 Trustee's 341 Report and Show Cause filed by Trustee Herbert L Beskin(82)). (Maddox, Lisa) (Entered: 04/29/2016) |
| 05/01/2016 | [20](#) (4 pgs) | BNC Certificate of Mailing - Order Dismissing Case. (RE: related document(s) 19 Order Dismissing Case) No. of Notices: 37. Notice Date 05/01/2016. (Admin.) (Entered: 05/02/2016) |
| 05/03/2016 | [21](#) (1 pg) | Creditor Request for Notices *Filed on Behalf of Capital One Auto Finance*. (Garza, Marian) (Entered: 05/03/2016) |
| 06/13/2016 | [22](#) (4 pgs) | Chapter 13 Trustee's Final Report and Account . Case to Be Closed if Applicable 07/13/2016. (Beskin (3), Herbert) (Entered: 06/13/2016) |
| 06/13/2016 | [23](#) (1 pg) | Certificate of Mailing of Chapter 13 Trustee's Final Report and Account *dated 06/13/2016*. (Beskin (3), Herbert) (Entered: 06/13/2016) |
| 07/14/2016 | 24 | Bankruptcy Case Closed (Maddox, Lisa) (Entered: 07/14/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/07/2021 19:11:51 | | | |
| **PACER Login:** | JoshLong | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 16-60345 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |