# Centra Purchasing Card (P-Card) Agreement

THIS AGREEMENT IS COMPLETED AFTER THE P-CARD APPLICATION IS APPROVED AND WHEN THE P-CARD IS GIVEN TO THE CARDHOLDER

Your participation in the Centra P-Card Program is a convenience that carries responsibilities along with it. Although the card is issued in your name, it is Centra property and must be used according to the Centra P-Card Policy.

**Your signature below verifies that you have read, understand, and agree to comply with the P-Card Policy and the following guidelines.**

1. The P-Card is for business-related purchases only; personal charges are not to be made to the P-Card, except within circumstances subject to Centra's Travel Policy.

2. Improper use of the P-Card may be considered misappropriation of Centra funds, which may result in disciplinary action, up to, and including termination.

3. Cardholders must comply with Centra's P-Card Policy. This includes but is not limited to appropriate use of the card, transaction account coding, and required monthly reporting.

4. Cardholders are responsible for reconciling their monthly statement and resolving any discrepancies and initiating disputes by contacting the vendor or the bank.

5. A lost or stolen card must be reported immediately to SunTrust BankCard, N.A. Customer Service at 1-800-836-8562 as well as to the Centra P-Card Administrator.

6. A cardholder must surrender his or her card upon termination of employment (i.e. retirement or voluntary/involuntary termination). The card must also be turned in when transferring to another department, unless the department completes a new P-Card application, noting a department transfer.

7. P-Card holder acknowledges receipt of the P-Card on the date signed below.

8. P-Card holder authorizes Centra to withhold from wages any charges made on the P-Card that are in violation of the P-Card policy.

_Kimberly Hartman_
Cardholder Signature

_Kimberly Hartman_
Cardholder Printed Name

_10/14/2014_
Date