IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **KIMBERLY HARTMAN,** : | |
| *Plaintiff* : | |
| : | |
| v. : | **CASE NO.   6:20CV00027** |
| : | |
| **CENTRA HEALTH, INC.,** *et al,* : | |
| *Defendants.* : | |

**COUNTERCLAIM DEFENDANT KIMBERLY HARTMAN'S JOINT MOTION FOR A MORE DEFINITE STATEMENT OF CENTRA'S COUNTERCLAIMS AND TO STRIKE CERTAIN IRRELEVANT, IMMATERIAL, IMPERTINENT AND SCANDALOUS MATERIAL FROM THE COUNTERCLAIMS**

COMES NOW the Counterclaim Defendant, Kimberly Hartman, by counsel, by joint motion pursuant to Rule 12(g), to move the Court (i) to order Counterclaimant Centra Health, Inc. to provide a more definite statement of its counterclaims under Rule 12(e) and (ii) to strike certain irrelevant, immaterial, impertinent and scandalous matter from the counterclaims under Rule 12(f) for the reasons provided in the accompanying Memorandum in Support of this Motion.

Respectfully submitted,

**KIMBERLY HARTMAN**
**By Counsel**

**By: /s/ M. Paul Valois**
   **M. Paul Valois (VSB No. 72326)**
   **Counsel for Counterclaim Defendant**
   **JAMES RIVER LEGAL ASSOCIATES**
   **7601 Timberlake Road**
   **Lynchburg, Virginia 24502**
   **Telephone: (434) 845-4529**
   **Facsimile: (434) 845-8536**
   **[Email: mvalois@vbclegal.com]**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2021, I electronically filed the foregoing Memorandum with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to all counsel of record.

/s/  M. Paul Valois