IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/8/2021
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
     DEPUTY CLERK

| | |
|---|---|
| KIMBERLY HARTMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:20-cv-00027 |
| CENTRA HEALTH, INC., et al., | ) |
| Defendants. | ) |

# ORDER

Before the Court are Plaintiff's joint motion for a more definite statement and to strike irrelevant, immaterial, impertinent, and scandalous material (Dkt. 78) and motion to file Second Amended Complaint (Dkt. 83).

1. Plaintiff's motion to file Second Amended Complaint is **GRANTED**. The Clerk shall docket, as a separate entry, the proposed Second Amended Complaint attached to Plaintiff's motion. Dkt. 83.

2. Defendants shall file responsive pleadings within the time permitted under the Federal Rules of Civil Procedure.

3. Plaintiff's joint motion for a more definite statement and to strike (Dkt. 78) is deemed moot as Plaintiff filed the motion to file Second Amended Complaint (Dkt. 83).

**IT IS SO ORDERED.**

Entered: October 8, 2021

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge