CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/8/2021
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **KIMBERLY HARTMAN,** | )<br>)<br>) |
| **Plaintiff,** | ) |
| v. | )   Case No. 6:20-cv-00027 |
| **CENTRA HEALTH, INC., et al.,** | )<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER

The court held an informal discovery conference via telephone on September 14, 2021 addressing Plaintiff's motion to unseal (Dkt. 71) the documents docketed at Dkts. 73 and 76 produced by the Virginia Department of Health ("VDH") pursuant to a subpoena duces tecum and Plaintiff's motion to compel more fulsome responses to certain interrogatories and requests for production. (Dkt. 81). It appearing proper to do so, the motion to unseal is **DENIED**, but the subpoenaed documents shall be produced to the plaintiff. The motion to compel is **GRANTED** in part and **DENIED** in part.

1. The Virginia Department of Health ("VDH") documents shall remain sealed on the docket.

2. The Clerk is directed to deliver the VDH sealed documents to Plaintiff's counsel which documents shall be treated as Confidential under the Protective Order. Dkt. 34.

3. Centra Health, Inc. ("Centra") shall respond to any outstanding discovery requests within a week of the date of this Order. If Plaintiff raises specific questions about documents which Defendant claims that it has produced, Centra shall identify the documents produced by the Bates number (or other numbering system) used.

IT IS SO **ORDERED**.

Entered:  October 8, 2021

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge