## Department Orientation

Employee: **Kimberly Hartman**    New Hire: **X**    or    Transfer: ___

Department: **C/A Psych/Adol**    Position: **RN II**    Employee #: **6820**

This form must be used as a department orientation guide for the above named employee. The employee will initial each topic as it is completed.

**Please return to Human Resources within 30 days of Date of Hire**

| Topic | Employee Initials |
|---|---|
| I have attended General Orientation within 30 days of my Date of Hire | KH |
| I understand how to use the time and attendance clocking system (TACS) | KH |
| I understand how/when to complete the electronic TACS exception report | KH |
| I understand my unit's/department's personal items security policy (including how to use my locker if applicable and where to store my personal items) | KH |
| I have been shown my basic work area, restroom location and bulletin boards | KH |
| I understand how my work schedule (vacation, holidays, weekends) is created and where it is posted | KH |
| I understand the Lockout/Tagout policy if applicable | KH |
| I understand the Patient Safety Policy and Procedures | KH |
| I understand the Infection Prevention Policy and Procedures | KH |
| I understand Centra's Service Excellence Standards and my personal and departmental role in supporting these | KH |
| I have located the fire pull stations and fire extinguishers in my work area/s | KH |
| List nearest fire extinguisher identification number # **98** | KH |
| I have walked the emergency evacuation route | KH |
| I understand and have recited R A C E and P A S S satisfactorily | KH |
| I have located the emergency power receptacles in my department | KH |
| I have accessed my department's online policy manuals on CentraPeople | KH |
| I have accessed the Material Safety Data Sheets (MSDS) on CentraPeople | KH |
| I have reviewed my job description/performance appraisal/competency form | KH |
| I understand my job-specific orientation process | KH |
| I understand my job's education expectations | KH |
| I understand my unit's/department's dress code and the dress code for training and education | KH |
| I have accessed the New Hire Orientation Manual on the Workforce Development website | KH |
| I have accessed and understand the Riskmaster and Medication Error Information Reports | KH |
| I have been shown the location of Personal Protective Equipment (PPE) | KH |
| I understand the following emergency codes and my response | KH |
| Code Blue | KH |
| Hazardous Spill | KH |
| Code Silver | KH |
| Pediatric Code Blue | KH |

| | |
|---|---|
| Code 99 (and my role when activated) | ✓ KH |
| Code D (and my role when activated) | ✓ KH |
| Code D Operation Secure | ✓ KH |
| List bomb threat checklist location in your department  Nurse) Station | ✓ KH |
| Code Atlas | ✓ KH |
| Code Adam | ✓ KH |
| Code MP (missing person) | ✓ KH |
| Code H (Condition Help for pts/families to call for immediate help, LGH/VBH/CSCH only) | ✓ KH |
| Trauma Alert (emergency department specific) | ✓ KH |
| Any facility specific codes (eg Bridges and Rivermont Schools) | ✓ KH |
| Code White- Southside Only | ✓ KH |
| Interim Life Safety Measures (ILSM), and if any are in effect for my area | ✓ KH |
| I understand the following HR policies, including department specific information | ✓ KH |
| Attendance/Absenteeism | ✓ KH |
| Employee Grievances | ✓ KH |
| Change of Employee Information | ✓ KH |
| Progressive Disciplinary Action | ✓ KH |
| Resignation/Termination | ✓ KH |
| On-line Variance Report (EQA) and Medication Error Information Reports | ✓ KH |
| Confidentiality | ✓ KH |
| Personal Phones/Hand-Held Computers in the Workplace | ✓ KH |
| Social Networking | ✓ KH |
| Harassment-Free Workplace | ✓ KH |
| Inclement Weather Policy | ✓ KH |
| Paid Time Off | ✓ KH |
| Breaks/Meal Periods | ✓ KH |

My Department Director or Supervisor reviewed the above topics and answered my questions

Employee Signature _[signature: Kim Hartman]_    Date  9/7/14

Department Director or Supervisor Signature _[signature]_    Date  9-7-14       3/22/2012

Centra_Hartman06580