IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KIMBERLY HARTMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CENTRA HEALTH, INC., and | ) Case No.: 6:20CV00027 ) ) |
| STEPHANIE EAST, | ) ) ) |
| Defendants. | ) ) |

### CENTRA HEALTH, INC.'S OPPOSITION TO KIM HARTMAN'S MOTION FOR EXTENSION OF TIME TO FILE SUPPORTING BRIEF

For the reasons set forth in its Response in Opposition to and Motion to Strike (Doc. 110) the Joint Motion (Doc. 106) filed by Counterclaim Defendant Kimberly Hartman ("Hartman"), Counterclaimant Centra Health, Inc. ("Centra") opposes Hartman's Motion for Extension of Time to File Supporting Brief (Doc. 111).

Dated:  May 9, 2022

Respectfully submitted,

/s/  Joshua F. P. Long
Joshua F. P. Long (VSB No. 65684)
Woods Rogers PLC
P.O. Box 14125
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24038-4125
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
jlong@woodsrogers.com

*Counsel for Defendants Centra Health, Inc., and Stephanie East*

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following counsel of record:

M. Paul Valois, Esq.
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA  24502
Phone: 434-845-4529
Fax: 434-845-8536
mvalois@vbclegal.com

  *Counsel for Plaintiff*

            /s/  Joshua F. P. Long