CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/11/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **KIMBERLY HARTMAN,** )<br>)<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**CENTRA HEALTH, INC.,** *et al.*, )<br>)<br>)<br>**Defendants.** ) | Case No. 6:20-cv-00027 |

### ORDER

Plaintiff filed Motion for Extension of Time to File Memorandum in Support of Joint Motion to Dismiss or Strike Centra's Third Amended Counterclaims. Dkt. 111. Finding it proper to do so, the motion is **GRANTED**. The clerk is directed to replace the incorrect memorandum in support (Dkt. 107) with the correct memorandum in support, which is attached as Exhibit 1 to Plaintiff's motion (Dkt. 111).

It is so **ORDERED**.

Entered: May 10, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge